Entered on Docket
November 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed November 13, 2015

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID GERALD CHAFFEY AND JOANN MARGARET CHAFFEY,

Debtors.

Case No. 12-48261 CN
Chapter 13

**ORDER SETTING HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

  **IT IS HEREBY ORDERED** that a hearing on the Chapter 13 Trustee's Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments is set for **November 20, 2015** at **11:00 a.m.** in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

* * * END OF ORDER * * *

1

ORDER SETTING HEARING ON CHAPTER 13 TRUSTEE' S MOTION TO DISMISS OR CONVERT
Case: 12-48261    Doc# 44    Filed: 11/13/15    Entered: 11/16/15 11:33:43    Page 1 of 2

Case No. 12–48261 CN

**COURT SERVICE LIST**

David Gerald Chaffey
2807 Richard Avenue
Concord, CA 94520

JoAnn Margaret Chaffey
2807 Richard Avenue
Concord, CA 94520

Other Recipients are ECF participants.

2

ORDER SETTING HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS OR CONVERT
Case: 12-48261    Doc# 44    Filed: 11/13/15    Entered: 11/16/15 11:33:43    Page 2 of 2